# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN PSYCHIATRIC ASSOCIATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTHEM HEALTH PLANS, INC., et al.,<br><br>    Defendants. | Civil No. 3:13cv494 (JBA)<br><br><br><br><br><br>October 24, 2014 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs American Psychiatric Association, Connecticut Psychiatric Society, Inc., Connecticut Council of Child and Adolescent Psychiatry, Inc., Susan Savulak, M.D. d/b/a Associates in Psychotherapy & Psychiatry, LLC, Theodore Zanker, M.D., and W.W. hereby appeal to the United States Court of Appeals for the Second Circuit from the September 25, 2014 Ruling on Defendants' Motion To Dismiss (Doc. No. 51) and the September 25, 2014 Judgment entered in favor of Defendants (Doc. No. 52).

Respectfully submitted,

 /s/ *Aaron M. Panner*
Aaron M. Panner (*pro hac vice*)
Matthew A. Seligman (*pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
(202) 326-7999 (facsimile)
apanner@khhte.com
mseligman@khhte.com

Counsel for Plaintiffs – American Psychiatric Association, et al.

## **CERTIFICATION**

   I hereby certify that, on October 24, 2014, a copy of the foregoing Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                /s/ *Aaron M. Panner*
                Aaron M. Panner (*pro hac vice*)